**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lorie Ann MONTGOMERY,
Defendant–Appellant.**

**No. 07–30121.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 2008 *.

Filed March 10, 2008.

Rafael M. Gonzalez, Jr., Esq., Alan G. Burrow, Esq., USBO–Office of the U.S. Attorney MK Plaza, Plaza IV, Boise, ID, for Plaintiff–Appellee.

J.D. Merris, Esq., Boise, ID, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Lorie Ann Montgomery appeals from the district court's judgment revoking supervised release and imposing a 21–month sentence. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Montgomery's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.